# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Travis Wilson, | No. CV-23-00008-TUC-JGZ (JR) |
| Plaintiff, | **Order Accepting Report & Recommendation** |
| v. | |
| Commissioner of Social Security Administration, | |
| Defendant. | |

On November 2, 2023, Magistrate Judge Jaqueline M. Rateau issued a Report and Recommendation ("R&R") in which she recommended the Court reverse the Administrative Law Judge's decision and remand the matter to the Commissioner for further administrative proceedings. (Doc. 23.) The R&R notified the parties they had fourteen (14) days from the date of the R&R to file any objections. No objections have been filed.

If neither party objects to a magistrate judge's report and recommendation, the District Court is not required to review the magistrate judge's decision under any specified standard of review. *Thomas v. Arn*, 474 U.S. 140, 150 (1985). However, the statute for review of a magistrate judge's recommendation "does not preclude further review by the district judge, *sua sponte* or at the request of a party, under a *de novo* or any other standard." *Thomas*, 474 U.S. at 154.

The Court finds the R&R well-reasoned and agrees with Judge Rateau's conclusion that the Administrative Law Judge's decision should be reversed and remanded to the

Commissioner for further proceedings.

Accordingly,

**IT IS ORDERED** the Report and Recommendation (Doc. 23) is **ACCEPTED.**

**IT IS FURTHER ORDERED** the Administrative Law Judge's decision is **REVERSED** and **REMANDED** to the Commissioner for further administrative proceedings consistent with this Order and Judge Rateau's Report & Recommendation.

**IT IS FURTHER ORDERED** the Clerk of Court shall docket this Order and close this action.

Dated this 12th day of December, 2023.

_____
Jennifer G. Zipps
United States District Judge